NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE FRED T. PARKER

---

2011-1421
(Serial No. 09/815,567)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

The Director of the United States Patent and Trademark Office moves for a 43-day extension of time, until February 29, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

JAN 1 7 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Janet Pioli, Esq.
    Raymond T. Chen, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 7 2012

JAN HORBALY
CLERK